

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2013

No. 04-13-00196-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES JR.,
AN INCAPACITATED PERSON,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellee's brief was due to be filed with this court on August 1, 2013. On August 13, 2013, Appellee filed a notice of appearance and an unopposed first motion for a two week extension of time to file the brief.

Appellee's motion for extension of time is GRANTED. Appellee's brief is due to be filed with this court by September 3, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court

